

Entered on Docket
March 10, 2010



_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Kristin A. Schuler-Hintz, Esq., SBN 7171 |
| 10 | Seth J. Adams, Esq., SBN 11034 |
| | Christopher K. Lezak, Esq., SBN 11185 |
| 11 | McCarthy & Holthus, LLP |
| | 811 South Sixth Street |
| 12 | Las Vegas, NV  89101 |
| | Phone (702) 685-0329 ext 3748 |
| 13 | Fax (866) 339-5691 |
| | NVBK@McCarthyHolthus.com |
| 14 | |
| 15 | Attorney for Secured Creditor, |
| | The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-8, Mortgage Pass-Through Certificates, Series 2005-8, its assignees and/or successors and the servicing agent WELLS FARGO BANK |
| 16 | |
| 17 | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 21 | In re: | ) Case No.: 09-32864-MKN |
| 22 | Mirlena Jasmin Figueroa, | ) Chapter  7 |
| 23 | Debtor. | ) DATE:  2/10/10 |
| 24 | | ) TIME:   1:30 pm |
| 25 | | ) **ORDER TERMINATING** |
| 26 | | ) **AUTOMATIC STAY** |

*Rev. 12.09*                                                                 M&H File No. NV-09-18817
                                                                                     09-32864-mkn

1  The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 544 Mayfair Walk Avenue, Las Vegas, NV 89148.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/ Seth J. Adams*
Seth J. Adams, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329


Approved/Disapproved

*Emailed 02/11/10 – no response received*
Timothy S. Cory
8831 West Sahara Ave
Las Vegas, NV 89117

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: Timothy S. Cory - Emailed 02/11/10 – no response received

Submitted by:
McCarthy & Holthus, LLP

*/s/ Seth J. Adams*
 Seth J. Adams, Esq.

###

*Rev. 12.09*      M&H File No. NV-09-18817
09-32864-mkn